ORDER
On recommendation of the Judiciary Commission of Louisiana, and considering the untimely response thereto filed by Judge Bell,
IT IS ORDERED, ADJUDGED AND DECREED that Judge David Bell, Orleans Parish Juvenile Court, State of Louisiana, be and he hereby is disqualified from exercising any judicial function during the pendency of further proceedings in this matter, pursuant to La. Const, art. V, § 25(C) and Supreme Court Rule XXIII, § 27.
IT IS FURTHER ORDERED that Judge Bell shall stay completely out of the Orleans Parish Juvenile Court and any and all of its facilities (including the warehouse intended to be used by youth to learn auto mechanic skills) on a 24-hour basis.
IT IS FURTHER ORDERED that Volume II of the Judiciary Commission’s recommendation shall be maintained under seal. The parties shall not be prohibited from referring to the sealed records in any documents hereinafter filed with the Judiciary Commission or this court. In all other respects, Judge Bell’s request to seal the record of these proceedings is denied.
This order shall be effective immediately-
FOR THE COURT:
/s/ Bernette J. Johnson Justice, Supreme Court of Louisiana